**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| WESCO, INC., WESCO, INC. CAFETERIA PLAN AND EMPLOYEE BENEFIT PLAN, FRANKENMUTH BAVARIAN INN, INC., FRANKENMUTH BAVARIAN INN, INC. EMPLOYEE HEALTH BENEFIT PLAN & TRUST, OPUS PACKAGING GROUP INC., and OPUS PACKAGING GROUP HEALTH INSURANCE PLAN, on behalf of themselves and a class of all others similarly situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>BLUE CROSS BLUE SHIELD OF MICHIGAN<br>     Defendant. | Civil Action No.: 2:25-cv-11712<br><br>Judge: Hon. Susan K. DeClercq<br><br>Magistrate Judge: David R. Grand<br><br>**Oral Argument Requested** |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFFS'**
**AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM**

1

Defendant Blue Cross Blue Shield of Michigan ("BCBSM"), through its undersigned counsel, hereby moves, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss Plaintiffs' Amended Complaint (ECF No. 23). BCBSM respectfully requests that the Court grant this Motion for the reasons set forth in the accompanying brief.

In accordance with Local Rule 7.1(a), BCBSM's counsel, Mark J. Zausmer, in good faith sought concurrence in the relief requested in this motion from counsel for Plaitniffs, Perrin Rynders, in person on August 11, 2025. BCBSM's counsel explained the nature of the motion and the legal basis for the motion. Plaintiffs' counsel opposed the requested relief.

Dated: August 11, 2025

Respectfully submitted,

ALLEN OVERY SHEARMAN STERLING US LLP

By: s/ *Daniel Lewis*
Daniel Lewis (Adm. in E.D. MI, NY Reg. 4084810)
Jeffrey D. Hoschander (Adm. in E.D. MI, NY Reg. 4496337)
599 Lexington Avenue
New York, NY  10022
Telephone:  +1.212.848.4000
Facsimile:   +1.202.508.8100
daniel.lewis@aoshearman.com
jeff.hoschander@aoshearman.com

Todd M. Stenerson (P51953)
1101 New York Avenue, NW
Washington, DC 20005
Telephone:  +1.202.508.8093
Facsimile:  +1.202.661.7484
todd.stenerson@aoshearman.com

ZAUSMER, P.C.

By: s/ *Mark J. Zausmer*
Mark J. Zausmer (P31721)
Michael A. Schwartz (P74361)
Nathan S. Scherbarth (P75647)
Jason M. Schneider (P79296)
32255 Northwestern Hwy., Ste. 225
Farmington Hills, MI 48334
Telephone:  +1.248.851.4111
Facsimile:  +1.248.851.0100
mzausmer@zausmer.com
mschwartz@zausmer.com
nscherbarth@zausmer.com
jschneider@zausmer.com

*Attorneys for Defendant*

3