**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MICHIGAN**

---

**MINUTES**

WESCO, INC. et al.,

v.

BLUE CROSS BLUE SHILED OF MICHIGAN.

**CASE NO.** 1:26-cv-895
**DATE:** July 28, 2026
**TIME:** 2:02 – 3:13 p.m.
**PLACE:** Grand Rapids
**JUDGE:** Hon. Robert J. Jonker

# APPEARANCES

**PLAINTIFFS:**
Herman Hofman
Aaron Phelps

**DEFENDANT:**
Jason Schneider
Jeffrey Hoschander

# PROCEEDINGS

**NATURE OF HEARING:**
Rule 16 Scheduling Conference held. Order to enter.


COURT REPORTER: <u>Paul Brandell</u>         <u>/s/   N. Langenberg</u>
                                              Law Clerk